AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
           Sheet 1

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| JOEL LYN AMOLINS | Case Number: 3:00cr197-002-A |
| | USM Number: 10786-002 |
| | Christine Freeman |
| | Defendant's Attorney |

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s)  1, 2, 3, 4 and 5 of the petition  of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to refrain from any unlawful use of a controlled substance | 12/19/05 |
| 2 | Failure to refrain from any unlawful use of a controlled substance | 12/19/05 |
| 3 | Failure to refrain from any unlawful use of a controlled substance | 12/19/05 |
| 4 | Failure to refrain from excessive use of alcohol and from purchasing, possessing, using, distributing or administering any narcotic or controlled substance or drug paraphernalia except as prescribed by a physician | 12/19/05 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: 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

Defendant's Date of Birth: 00/00/1965

Defendant's Residence Address:
Cussetta, AL

Defendant's Mailing Address:
Cussetta, AL

January 23, 2006
Date of Imposition of Judgment

Signature of Judge

W. Harold Albritton, Senior United States District Judge
Name and Title of Judge

Date  1/23/06

AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
            Sheet 1A

DEFENDANT:    JOEL LYN AMOLINS  
CASE NUMBER:  3:00cr197-002-A

Judgment—Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 5 | Failure to pay fine or restitution | 12/19/05 |

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

---

| | |
|---|---|
| DEFENDANT: JOEL LYN AMOLINS | Judgment — Page 3 of 3 |
| CASE NUMBER: 3:00cr197-A | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

**12 months.**
It is ORDERED that the term of supervised release imposed on June 8, 2004, is REVOKED.
The court has taken into consideration the policy statements in Chapter 7 of the Guidelines Manual, the guideline range, and all relevant information in imposing the sentence at 12 months.

☐   The court makes the following recommendations to the Bureau of Prisons:

**X**   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

　　☐   at _____ ☐ a.m. ☐ p.m. on _____ .

　　☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　　☐   before 2 p.m. on _____ .

　　☐   as notified by the United States Marshal.

　　☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

　Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____